AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Oliver | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 18-7845 |
| | ) ) ) | |
| Gusman et al | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Laughlin
Orleans Parish Sheriff's Office
2800 Perdido Street
New Orleans, LA 70119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Adcock
3110 Canal Street
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: ___Nov 06 2018___

_____
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-7845

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  __Michael Laughlin__

was received by me on *(date)*  __12/3/18__ .

☐ I personally served the summons on the individual at *(place)*  _____

_____  on *(date)*  _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  _____

_____ , a person of suitable age and discretion who resides there,

on *(date)*  _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  __Deputy Shirley Berry__ @ 2800 Perdido , who is

designated by law to accept service of process on behalf of *(name of organization)*  __employees of__

__Orleans Parish Sheriff's Office__  on *(date)*  __12/19/18 12PM__ ; or

☐ I returned the summons unexecuted because  _____ ; or

☐ Other *(specify):*



My fees are $  __—__  for travel and $  __—__  for services, for a total of $  __0.00__ .

I declare under penalty of perjury that this information is true.

Date:  __12/19/18__

_____
*Server's signature*

__Julia Merritt, paralegal__
*Printed name and title*

__628 S. Pierce St. New Orleans LA__
*Server's address*  __70119__

Additional information regarding attempted service, etc: